TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00713-CV







City of Austin, Appellant



v.



John Lee Gillespie, Lila Belle Gillespie and Peggy Gillespie Shamp, Individually and as


the Independent Executrix of the Estate of John Michael Gillespie, Deceased,


and as Next Friend of Jenny Gillespie and Jason Gillespie, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. 911,421, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 








PER CURIAM



 The parties have filed an agreed motion to dismiss appellant's interlocutory appeal
and for immediate issuance of mandate. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Appeal Dismissed on Agreed Motion

Filed: December 20, 1995

Do Not Publish